IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 10-cv-00157-JPG-SCW |
| SCHNEIDER NATIONAL CARRIERS, INC. and RONNIE DAVIS, | ) ) ) ) |
| Defendants. | ) |
| SCHNEIDER NATIONAL CARRIERS, INC. and RONNIE DAVIS, | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| J.C. PENNEY CORPORATION, INC., | ) ) |
| Third-Party Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   December 20, 2011

                                                       NANCY ROSENSTENGEL, Clerk of Court

                                                       BY:s/Deborah Agans, Deputy Clerk

APPROVED:   s/J. Phil Gilbert
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE